**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **JOSEPH JAMES BARR** | : | Chapter 13 |
| | | : | |
| | | : | |
| | Debtor(s) | : | Bky. No.  09-15103 ELF |

# O R D E R

**AND NOW**, the Debtor(s) having filed a Certification of Exigent Circumstances in order to satisfy the requirements of 11 U.S.C. §109(h)(3)(A)(i), (ii) and (iii),

**AND**, the court having entered an Order requiring that the Debtor(s) file a supplement to the Certification of Exigent Circumstances to provide additional information in support of the request for a temporary waiver of the credit counseling requirement under 11 U.S.C. §109(h)(1),

**AND**, the prior Order having required that the Debtor file the supplement to the Certification of Exigent Circumstances **by a date certain**,

**AND**, the Debtor(s) having taken no action by such date or otherwise having responded to the Order,

It is hereby **ORDERED** that the above captioned bankruptcy case is **DISMISSED**.

Date:  July 28, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:   Joseph James Barr
      1715 S.Newkirk Street
      Philadelphia, PA 19145